UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DONALD A. WEBSTER, III, | : | |
| Plaintiff, | : | Civ. No. 20-9183 (RBK) (AMD) |
| v. | : | |
| RICHARD T. SMITH, | : | **MEMORANDUM & ORDER** |
| Defendant. | : | |

Plaintiff is proceeding *pro se* with a civil complaint that was initially filed in July, 2020. (*See* ECF 1). In August, 2020, this Court administratively terminated this case as Plaintiff had not paid the filing fee nor had he submitted a complete application to proceed *in forma pauperis*. (*See* ECF 3). This Court gave Plaintiff thirty (30) days to correct this deficiency. (*See id.* at 3).

On June 7, 2023, this Court received a letter from Plaintiff seeking to reopen this action. (*See* ECF 4). This Court will reopen this action so that Plaintiff's request to reopen may be analyzed.

Plaintiff's request to reopen this action will be denied. Plaintiff still has failed to comply with either paying the filing fee or submitting a complete application to proceed *in forma pauperis*. Furthermore, Plaintiff's request to reopen, filed almost three years after this Court had administratively terminated this action which Plaintiff thirty (30) days to correct, is completely silent regarding any argument why it has taken Plaintiff almost three years to seek to reopen this action.

Accordingly, IT IS on this 20th day of June 2023,

ORDERED that the Clerk of Court shall reopen this case so that Plaintiff's letter request to reopen (ECF 4) can be analyzed; and it is further

2

ORDERED that Plaintiff's letter request to reopen this action (ECF 4) is denied; and it is further

ORDERED that the Clerk shall send this memorandum and order to Plaintiff by regular U.S. mail; and it is further

ORDERED that the Clerk shall re-administratively terminate this case.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge